AO 455 (Rev. 5/85) Waiver of Indictment



# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

UNITED STATES OF AMERICA
V.
Bilal Basrai

WAIVER OF INDICTMENT

CASE NUMBER: 17 CR 634

I, Bilal Basrai, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 6, 2017 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

OCT 6 2017 YM
OCT 6 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer